**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond K. Toy,              ) | |
|                              ) | No. CIV 03-0860-PCT-DKD |
|           Plaintiff,         ) | |
|                              ) | |
| vs.                          ) | **ORDER** |
|                              ) | |
| International Business Machines Corp., ) | |
|                              ) | |
|           Defendant.         ) | |

On November 14, 2005, the parties filed a Joint Report Regarding Status (Doc. #104) indicating that the matter had reached settlement and that they anticipated filing their Stipulation for Dismissal with Prejudice within thirty days. To date, the parties have not submitted their Joint Stipulation for Dismissal. Accordingly,

**IT IS HEREBY ORDERED** setting a status hearing on Monday, March 27, 2006, at 2:00 p.m. This hearing will be vacated upon filing of the parties Joint Stipulation for Dismissal.

DATED this 10th day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge