**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond K. Toy, ) | |
| ) | No.  CIV 03-0860-PCT-DKD |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| International Business Machines Corp., ) et al., ) | |
| ) | |
| Defendants . ) | |

    Pending before the Court is the parties' Stipulated Motion to Continue Status Hearing (Doc. #106), filed March 23, 2006, and upon good cause shown,

    **IT IS HEREBY ORDERED** granting the parties' Stipulated Motion to Continue Status Hearing (Doc. #106).  The status hearing of March 27, 2006, is hereby VACATED.  The status hearing is rescheduled for Wednesday, April 26, 2006, at 3:00 p.m.

    DATED this 27th day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge