**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Raymond K. Toy, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>International Business Machines Corp., et al.,<br><br>        Defendants. | No. CIV 03-0860-PCT-DKD<br><br>**ORDER** |

    Pending before the Court is the parties' Motion to Vacate Hearing (Doc. #108), filed April 26, 2006, and upon good cause shown,

    **IT IS HEREBY ORDERED** granting the parties' Motion to Vacate Hearing (Doc. #108). The status hearing of April 26, 2006, is hereby VACATED.

    **IT IS FURTHER ORDERED** resetting the status hearing for Monday, May 8, 2006, at 9:00 a.m. Upon receipt of the parties' Stipulation for Dismissal, the Court will vacate the May 8, 2006 hearing.

    DATED this 26th day of April, 2006.

_____
David K. Duncan
United States Magistrate Judge